# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALBERT DIAZ, JR.,** | : | Civil No. 4:16-cv-00358 |
| | : | |
| **Plaintiff,** | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| **CAROLYN W COLVIN** | : | |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 22nd day of March, 2017, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The final decision denying Mr. Diaz's claim for disability insurance benefits under Title II of the Social Security Act is vacated, and this case is remanded to the Commissioner to conduct a timely administrative hearing and issue a timely decision pursuant to sentence four of 42 U.S.C. §405(g);

2. Final judgment shall be entered in favor of Albert Diaz, Jr. and against the Commissioner of Social Security; and,

3. The clerk of court shall close this case.

**BY THE COURT:**

*S/Susan E. Schwab*
Susan E. Schwab
Chief United State Magistrate Judge